## JOSEPH JOHNSON *v.* COMMISSIONER OF CORRECTION

*David B. Rozwaski*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided October 2, 2000

## CASWELL COVE CONDOMINIUM ASSOCIATION, INC. *v.* MILFORD PARTNERS, INC.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Daniel Shepro*, in support of the petition.

*Raymond A. Garcia* and *William S. Wilson II*, in opposition.

Decided October 2, 2000

## KENNETH T. HENTON *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.